UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:04CR-26-J
UNITED STATES OF AMERICA,                                          PLAINTIFF,

vs.

AMANDA MOORE,                                                      DEFENDANT.

**ORDER**

Defendant having moved the Court to continue the sentencing herein, the United States having no objection thereto, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the sentencing herein be, and the same hereby is, continued to AUGUST 8, 2005 at 10:00 a.m., prevailing local time.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3