USDC KYWD (v 10.VC.1) 245B (12/04) Sheet 2 - Imprisonment

Judgment-Page 3 of 7

DEFENDANT: **MOORE, AMANDA**
CASE NUMBER: **3:04CR26-1-J**

FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY

06 JAN 25 PM 4: 15

## IMPRISONMENT

Count 5 merges with Count 4 for sentencing purposes. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **THIRTY (30) MONTHS** as to Counts 1, 2, 3 and 4 of the Second Superseding Indictment, which shall be served concurrently, for a total term of imprisonment of **THIRTY (30) MONTHS**.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.m. / p.m. on _____

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  ☐ Before 2:00 p.m. on _____

  ☒ as notified by the United States Marshal on or before **January 15, 2006.**

  ☐ As notified by the Probation or Pretrial Services Office.

☒ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant v/s'd (delivered) on __1/13/06__ To __Federal Prison Camp__

at __Greenville, IL__, with a certified copy of this judgment.

__Sara M. Revell__
UNITED STATES ~~MARSHAL~~ WARDEN

By __P. Strong__
~~Deputy U.S. Marshal~~
LK