Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.  Louisville Criminal No.04-CR-26-1-J

AMANDA MOORE

On October 3, 2005, Amanda Moore appeared before Your Honor and was ordered to complete a 30 month term of imprisonment and 36 months of supervised release. The defendant has complied with the rules and regulations of her supervision and is no longer in need of supervision by the United States Probation Office. It is accordingly recommended that Amanda Moore be discharged from supervised release.

Respectfully submitted,

Margaret T. Daniel  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Amanda Moore is hereby discharged from supervised release and that the proceedings in the case be terminated.

Date this 9th day of January, 2009.

The Honorable Edward H. Johnstone  
Senior United States District Judge